

April 11, 2019

**VIA ECF AND FIRST-CLASS MAIL**

Hon. Solomon Oliver, Jr.
United States District Court for the Northern District of Ohio
801 West Superior Avenue, Courtroom 17A
Cleveland, Ohio 44113-1838

> Re:   In re CFG Spolka z ograniczona odpowiedzialnoscia Spolka komandytowa
> Case No. 1:18-mc-00128

Dear Judge Oliver:

We are counsel to petitioner CFG Spolka z ograniczona odpowiedzialnoscia Spolka komandytowa ("CFG") in the above-captioned matter and write to inform the Court that CFG will not be taking the discovery authorized by the Court's order of January 22, 2019 (ECF Docket # 2), because the foreign proceeding which was the basis for the Court's order has settled. As a result, there will be no further proceedings to occur in this case, and we appreciate Your Honor's courtesy.

Respectfully submitted,

Arthur M. Kaufman